MCGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
MICHAEL K. MARRIOTT, CSBN 280890
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8985
    Facsimile: (415) 744-0134
    E-Mail: Michael.Marriott@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| RICKY LEE ELZIG, <br><br> Plaintiff, <br><br> v. <br><br> NANCY A. BERRYHILL, <br> Acting Commissioner of Social Security, <br><br> Defendant. | Civil No. 1:18-cv-00746-SKO <br><br> **STIPULATION AND ORDER FOR A FIRST EXTENSION OF TIME FOR DEFENDANT TO FILE HER RESPONSIVE BRIEF** <br><br> **Docs. 12 and 13** |

IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, and with the approval of the Court, that Defendant shall have a first extension of time of 30 days to file her responsive brief. Defendant respectfully requests this extension of time because of an extremely heavy workload, including eleven other district court due within the next two weeks, and an upcoming Ninth Circuit responsive brief to be completed before the end of March.

Stip. to Extend Def.'s Brief

1

The new due date for Defendant's responsive brief will be Wednesday, April 10, 2019.

Respectfully submitted,

Date: *March 13, 2019*　　　　　　　　　　LAW OFFICES OF LAWRENCE D. ROHLFING

　　　　　　　　　　　　　By:　*/s/ Laura Eve Krank**
　　　　　　　　　　　　　　　LAURA EVE KRANK
　　　　　　　　　　　　　　　* *By email authorization on March 13, 2019*
　　　　　　　　　　　　　　　Attorney for Plaintiff

Date: *March 13, 2019*　　　　　　　　　　MCGREGOR W. SCOTT
　　　　　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　By:　*/s/ Michael K. Marriott*
　　　　　　　　　　　　　　　MICHAEL K. MARRIOTT
　　　　　　　　　　　　　　　Special Assistant United States Attorney
　　　　　　　　　　　　　　　Attorneys for Defendant

Of Counsel
Jeffrey Chen
Assistant Regional Counsel
Social Security Administration

## ORDER

The Court has reviewed the parties' above stipulation (Doc. 13) and approves Defendant's request for a 30-day extension of time to file her responsive brief. The Court GRANTS Defendant an extension until April 10, 2019, to file her responsive brief. All remaining deadlines in the Court's scheduling order (Doc. 4), are extended accordingly.

In view of the Court granting the parties' stipulated request for an extension, the Court DENIES AS MOOT, Defendants' previous motion for an extension. (Doc. 12.)

IT IS SO ORDERED.

Dated:　**March 14, 2019**　　　　　　　　　　/s/ *Sheila K. Oberto*